UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO MURILLO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TRION PROPERTIES, INC., et al.,<br><br>　　　　　Defendants. | Case No.  16-cv-06278-VC<br><br>**ORDER RE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 3 |

　　　　A hearing on the application for temporary restraining order will take place on Thursday, November 3, 2016 at 9:15 AM.  Until the hearing, the defendants are enjoined from taking any steps to evict the plaintiffs.  The defendants are ordered to file a written opposition by Wednesday, November 2, 2016 at 2:00 PM.

　　　　The plaintiffs are ordered to serve this Order on the defendants and the defendants' agent. The plaintiffs are further ordered to make every effort possible to identify counsel for the defendants and ensure that they receive this Order and all other papers in this case.

　　　　**IT IS SO ORDERED.**

Dated:  November 1, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge