AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| BUCKINGHAM APARTMENTS TENANTS' ASSOCIATION; NORMA CORVERA; DORA DIAZ; SANDRA FIGUEROA; LAURA HERNANDEZ; JUAN JIMENEZ; ISABEL MARTINEZ; EDUARDO MURIEL<br>*Plaintiff(s)*<br>v.<br>180 BUCKINGHAM PROPERTY, LLC and TRION PROPERTIES, INC.<br>*Defendant(s)* | Civil Action No. 3:16-cv-06278-VC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 180 BUCKINGHAM PROPERTY, LLC
Max Sharkansky (agent for service of process)
8201 Beverly Blvd., Suite 302
Los Angeles, CA 90048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Liza Cristol-Deman
lcristoldeman@brancart.com
P.O. Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103

Jason Tarricone
jason@clsepa.org
Margaret McBride
mmcbride@clsepa.org
1861 Bay Road
East Palo Alto, CA 94303
Tel: (650) 326-6440, ext. 302
Fax: (866) 688-5204

Christina Von der Ahe Rayburn
cvonderahe@orrick.com
Sonia E. Valdez
Jason Yu
jasonyu@orrick.com
David Ryan Medina
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




*CLERK OF COURT*
*Susan Y. Soong*

Date: November 2, 2016

Felicia Reloba

*Signature of Clerk or Deputy Clerk*